# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ERIC ARTURO OCAMPO, | * |
| | * |
| Petitioner, | *    CIVIL ACTION NO.: 5:20-cv-17 |
| | * |
| v. | * |
| | * |
| TRACY JOHNS, | * |
| | * |
| Respondent. | * |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Petitioner Eric Ocampo ("Ocampo") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court with the notation: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 18, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Ocampo's 28 U.S.C. § 2241 Petition and Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter

AO 72A
(Rev. 8/82)

the appropriate judgment of dismissal, and **DENIES** Ocampo *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_9\_\_\_ day of \_\_\_March\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA